HONORABLE BRIAN A. TSUCHIDA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSHUA TIGGS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SAFEWAY INC., a foreign corporation, <br><br> Defendant. | NO. 3:23-CV-06119-BAT <br><br> AMENDED JUDGMENT |

This matter came before the Court on consideration of the Parties' Stipulated Motion to Amend Judgment (Dkt. 68). **IT IS ORDERED** that the motion is **GRANTED**. The amended judgment is entered as follows.

[PROPOSED] AMENDED
JUDGMENT – 1

**PARK CHENAUR & ASSOC. LLP**
2505 S. 320th St., Suite #100
Federal Way, Washington 98003
(253) 839-9440 – Fax (253) 839-9485

__X__  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**THE JURY HAS FOUND THAT:**

1. Defendant Safeway Inc.'s negligence was a proximate cause of injuries to Plaintiff Joshua Tiggs, including injuries other than Mr. Tiggs's right wrist sprain and left Achilles tendon contusion.

2. JUDGMENT in the amount of $1,236,730.29 is ENTERED in favor of Plaintiff Joshua Tiggs and against Defendant Safeway Inc., including $15,137.41 in undisputed past economic damages, $81,592.88 in additional past economic damages, $90,000 in future economic damages, $400,000 in past non-economic damages, and $650,000 in future non-economic damages.

**THE COURT HAS FOUND THAT:**

3. Costs in the amount of $1,058.76 are awarded to Plaintiff Joshua Tiggs as the prevailing party pursuant to Fed. R. Civ. P. 54(d)(1).

4. Interest on the judgment at a rate of 3.95% is awarded to Plaintiff Joshua Tiggs pursuant to 28 U.S.C. § 1961.

Dated this 5th day of September, 2025.

*s/ RAVI SUBRAMANIAN*
RAVI SUBRAMANIAN
Clerk of Court

*S/ Andy Quach*
ANDY QUACH
Deputy Clerk

[PROPOSED] AMENDED
JUDGMENT – 2

**PARK CHENAUR & ASSOC. LLP**
2505 S. 320th St., Suite #100
Federal Way, Washington 98003
(253) 839-9440 – Fax (253) 839-9485